UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FAREEDULLAH NAWABI,<br><br>    Petitioner,<br><br>    v.<br><br>DONALD J. TRUMP,<br>*President of the United States*,<br>MATTHEW ELLISON,<br>*United States Immigration and Customs Enforcement Baltimore Field Office Director*,<br>TODD LYONS,<br>*Acting Director, United States Immigration and Customs Enforcement*,<br>KRISTI NOEM,<br>*Secretary of Homeland Security*, and<br>PAMELA BONDI,<br>*Attorney General of the United States*,<br>*in their official capacities*,<br><br>    Respondents. | Civil Action No. 25-3831-TDC |

**ORDER**

The All Writs Act permits courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). Further, the United States Supreme Court recognizes "a limited judicial power to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action through the prescribed statutory channels." *FTC v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (citing cases).

Accordingly, in order to preserve existing conditions and the potential jurisdiction of this Court over pending matters while the Court determines the scope of its authority to

grant the requested relief; to ensure Petitioner is able to participate in the adjudication of his requests for habeas relief, including participation in court proceedings and access to legal counsel for such purposes; to ensure the Court is able to evaluate the respective claims for relief based on in-court testimony that may be offered; and to ensure that the Government has a fulsome opportunity to brief and present arguments in its defense, it is hereby ORDERED that:

1. Respondents, including all those acting for them or on their behalf, are ENJOINED and RESTRAINED from removing Petitioner from the continental United States; removing him from, or detaining him outside, the District of Maryland or a state immediately adjacent to Maryland; or altering his legal status, during the pendency of this litigation or until this Order is rescinded or modified by the Court.

2. Respondents shall notify appropriate officials of this Order promptly and provide all necessary information and documents to effectuate compliance with it.

Date:  November 23, 2025                              /s/
                                                      THEODORE D. CHUANG
                                                      United States District Judge